questions the circuit judge limited the number of witnesses to be called by the defense. This we think was error.

"Upon questions collateral to the facts in issue, as the opinions of experts, or the impeachment of a witness, the circuit judge has much discretion; but with respect to the chief issues litigated the party has a right to spread his whole case before the jury. It may well be that had the other witnesses been sworn the verdict would have been the other way."

Judgment reversed, costs to abide event.

*Lewis E. Carr*, for the appellant.

*John W. Lyon*, for the respondent.

Opinion by PRATT, J.

Present — BARNARD, P. J., DYKMAN and PRATT, JJ.

Judgment reversed and new trial granted, costs to abide event.

---

HARRY C. ELDRIDGE, *Respondent, v.* LEVI W. FLAGG, *Appellant.*— Order affirmed, with costs and disbursements. Opinion by PRATT, J.; DYKMAN, J., not sitting.

IN THE MATTER OF DANIEL UNDERHILL and others, *Trustees, etc.* — Order of surrogate modified in accordance with opinion. Order to be settled by PRATT, J. Opinion by PRATT, J.

PATRICK QUINN, *Appellant, v.* WILLIAM D. WARREN, *Respondent.*— Judgment and order denying motion to set aside the same affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., dissenting.

PATRICK QUINN, *Appellant, v.* WILLIAM D. WARREN, *Respondent.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., dissenting.

THOMAS M. ROCHESTER, *Respondent, v.* GEORGE B. BUNNELL, *Appellant.*— Judgment reversed and new trial granted, costs to abide event. Reference vacated. Opinion by BARNARD, P. J.

CHRISTINA SEABURY, *Respondent, v.* WILLIAM G. VALENTINE, *Appellant.*— Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by PRATT, J.; DYKMAN, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* WILLIAM M. JOHNSON, *Appellant.*— Conviction and judgment reversed. Opinion by BARNARD, P. J.